# Exhibit A

Subject: **Documents Enclosed**
Date: 10/19/2017 2:34:14 PM Eastern Standard Time
From: docs@capitalinfo.co
To: Valjohnson616@aol.com

Offices of Capital

Box 788 Chandler, AZ 85244
800-250-6788
docs@capitalinfo.co
*NLS Processing* 877-288-9195

## Settlement Pending / Receipt of Payment

October 19, 2017

**VALERIE JOHNSON**
**6140 28TH ST SE APT 115**
**GRAND RAPIDS, MI 49546**

**CREDITOR:** THE CASH STORE
**Current Balance:** $1425.00
**Account ID:** 255229- 923-1008014

Ms. Johnson,

As of 10/19/2017 Capital has received *$100.00 with* regards to the above debt and you have a scheduled payment agreement as follows:

10/19/2017   $100.00 PAID
11/15/2017   $1425.00 FINAL PAYMENT DUE

After your final payment has cleared, Capital will report your account as paid in full with no other outstanding arrangements owed.

Once your final payment has cleared, your account and will be reported paid in full zero balance, to the proper credit reporting agencies, if applicable. Furthermore, you will be released of any financial and legal obligations pertaining to the above referenced account and any remaining balance.

If you have any questions related to the above referenced account, please do not hesitate to contact our office toll free at **1-800-250-6733** Monday through Friday from 9:00am – 05:30pm EST.  Please refer to **your Account ID** as indicated above on all questions pertaining to the above listed account.